P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Alfonso Francisco Sandoval

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00334 |
| Plaintiff, | STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER |
| v. | |
| ALFONSO FRANCISCO SANDOVAL, | DATE: April 15, 2026 |
| Defendant. | TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on April 15, 2026. The parties stipulate to continue the status conference until May 26, 2026, to accommodate the schedule of counsel and for further preparation for the status conference. Defense counsel has an out of county hearing set for April 15, 2026 in the afternoon and Mr. Sandoval has a state court proceeding set in early May that may have an impact on this proceeding. The United States does not oppose the continuance.

### STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.      By previous order, this matter was set for status conference on a supervised release violation on April 15, 2026.

2.      By this stipulation, defendant now moves to continue the status conference until **May 26, 2026, at 2:00 p.m.**

3.      The United States does not oppose the motion.

STIPULATION AND ORDER TO CONTINUE STATUS
CONFERENCE

1

4.      No exclusion of time is necessary because the matter concerns a supervised release violation.


IT IS SO STIPULATED.

Dated:  April 13, 2026

ERIC GRANT
United States Attorney


/s/ CHAN HEE CHU
CHAN HEE CHU
Assistant United States Attorney

Dated:  April 13, 2026

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
ALFONSO SANDOVAL

## ORDER

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for April 15, 2026 at 2:00 p.m. is continued to May 26, 2026 at 2:00 p.m. in Courtroom 8 before the Magistrate Judge Frank J. Singer.

IT IS SO ORDERED.


Dated:  **April 13, 2026**

/s/ Eric P. Grosj
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2