P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone:  (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Alfonso Francisco Sandoval

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>ALFONSO FRANCISCO SANDOVAL,<br><br>                    Defendant. | CASE NO.  1:22-CR-00334<br><br>STIPULATION REGARDING CONTINUANCE OF STATUS CONFERENCE; FINDINGS AND ORDER<br><br>DATE: May 26, 2026<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on May 26, 2026. The parties stipulate to continue the status conference until August 11, 2026,, to accommodate the schedule of counsel and for further preparation for the status conference. Mr. Sandoval has a state court proceeding set on August 4, 2026, that may have an impact on this proceeding.  The United States does not oppose the continuance.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status conference on a supervised release violation on May 26, 2026.

2.    By this stipulation, defendant now moves to continue the status conference until **August 11, 2026,, at 2:00 p.m.**

3.    The United States does not oppose the motion.

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

1

4.      No exclusion of time is necessary because the matter concerns a supervised release violation.


IT IS SO STIPULATED.

Dated:  May 22, 2026

ERIC GRANT
United States Attorney


/s/ CHAN HEE CHU
CHAN HEE CHU
Assistant United States Attorney


Dated:  May 22, 2026

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
ALFONSO SANDOVAL

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

2

ORDER

Having reviewed the parties' stipulation and proposed findings, IT IS HEREBY ORDERED that the status conference scheduled for May 26, 2026 at 2:00 p.m. is continued to August 11, 2026, at 2:00 p.m. in Courtroom 7 before the Magistrate Judge Erin Guy Castillo.  No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated:   **May 22, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE

3