P. JARRETT CLINE, 220883
THE LAW OFFICE OF JARRETT CLINE
2445 Capitol Street, Suite 215
Fresno, CA 93721
Telephone: (559) 617-4444
Email-Jarrett@559law.com

Attorney for Defendant
Alfonso Francisco Sandoval

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>ALFONSO FRANCISCO SANDOVAL,<br>Defendant. | CASE NO. 1:22-CR-00334<br>STIPULATION AND ORDER REGARDING CONTINUANCE OF STATUS CONFERENCE<br>DATE: AUGUST 11, 2026<br>TIME: 2:00 p.m. |

This case is set for a status conference on a supervised release on August 11, 2026. The parties stipulate to continue the status conference until September 8, 2026, to accommodate the schedule of counsel and for further preparation for the status conference. Mr. Sandoval has a state court proceeding set on August 26, 2026 that may have an impact on this proceeding. The United States does not oppose the continuance.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status conference on a supervised release violation on August 11, 2026.

2. By this stipulation, defendant now moves to continue the status conference until **September 8, 2026, at 2:00 p.m.**

3. The United States does not oppose the motion.

4. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO STIPULATED.

Dated: August 10, 2026

ERIC GRANT
United States Attorney

/s/ CHAN HEE CHU
CHAN HEE CHU
Assistant United States Attorney

Dated: August 10, 2026

/s/ JARRETT CLINE
JARRETT CLINE
Counsel for Defendant
ALFONSO SANDOVAL

**ORDER**

Having reviewed the parties' stipulation and proposed findings,

IT IS HEREBY ORDERED that the status conference scheduled for August 11, 2026 at 2:00 p.m. is continued to September 8, 2026 at 2:00 p.m. No exclusion of time is necessary because the matter concerns a supervised release violation.

IT IS SO ORDERED.

Dated: **August 10, 2026**

Erin Sung Castillo
UNITED STATES MAGISTRATE JUDGE